R. BRENT STEPHENS (#A3098)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Defendants
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145
Telephone:  (801) 521-9000
Fax No.:  (801) 363-0400

FILED
CLERK, U S DISTRICT COURT

21 MAY 03 PM 4: 29

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

---

| | |
|---|---|
| JONATHAN COON, an individual,<br>and KIRSTEN COON, an individual, | **NOTICE OF REMOVAL** |
| Plaintiffs, | |
| vs. | Case No. 2:03cv478TC |
| NORDSTROM, INC., | Judge |
| Defendants. | |

---

Defendant, Nordstrom, Inc., alleges as follows:

1.    It is the defendant in this civil action brought against it in the Third Judicial District Court of Salt Lake County, State of Utah, entitled *Jonathan Coon and Kirsten Coon v. Nordstrom, Inc.*, Civil No. 030909034.  The Complaint was filed in State Court on or about April 22, 2003, and served on defendant April 22, 2003.

2.      The plaintiffs are residents of Salt Lake County, Utah, and are citizens of the State of Utah.

3.      The defendant, Nordstrom, Inc., is a Washington corporation with its principal place of business in Seattle, Washington, and is thus a citizen of a state other than the State of Utah.

4.      This action is one of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is thus one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because it is a civil action between citizens of different states and the defendant is not a citizen of Utah.

5.      This defendant has caused notice of this Removal to be served on counsel for the plaintiffs, and to be filed with the Clerk of the Third Judicial District Court in and for Salt Lake County, State of Utah, pursuant to 28 U.S.C. 1446, and a copy of all process, pleadings and orders previously served upon the defendant is attached hereto.

WHEREFORE, defendant Nordstrom, Inc., hereby submits notice that the above-entitled matter is removed from the Third Judicial District Court in and for the County of Salt Lake, State of Utah, to this Court in accordance with the provisions of 28 U.S.C. § 1441 and § 1446.

DATED this 21 day of May, 2003.

SNOW, CHRISTENSEN & MARTINEAU

By _____
R. Brent Stephens
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL**

(Case No. _____, United States District Court for the District of Utah, Central

Division) to be mailed first class, postage prepaid, on the _21st_ day of May, 2003, to the

following:

Blake Miller, Esq.
Paxton R. Guymon, Esq.
MILLER, MAGLEBY & GUYMON P.C.
170 South Main Street, Suite 350
Salt Lake City, Utah 84101

*Attorneys for Plaintiffs*

*Margo D. Colegrove*

# Exhibits/ Attachments to this document have **not** been scanned.

# Please see the case file.