RECEIVED
FILED
CLRK, U S. DISTR SEP 2 5 2003

29 SEP 03 PM OFFICE OF
JUDGE TENA CAMPBELL
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

RECEIVED CLERK

SEP 2 4 2003

U.S. DISTRICT COURT

*Prepared and Submitted by:*

Blake Miller (#4090)
Paxton R. Guymon (#8188)
**MILLER MAGLEBY & GUYMON, P.C.**
170 South Main Street, Suite 350
Salt Lake City, Utah 84101
Telephone: (801) 363-5600
Facsimile: (801) 363-5601

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **JONATHAN COON, an individual; and KIRSTEN COON, an individual;** | **ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |
| **Plaintiffs,** | |
| **vs.** | |
| **NORDSTROM, INC., a foreign corporation; and NORDSTROM FSB d/b/a NORDSTROM BANK, a federal savings bank;** | **Civil No. 2:03-CV-478 TC** |
| | **Honorable Tena Campbell** |
| **Defendants.** | **Magistrate Judge Nuffer** |

Based on the parties' stipulation and motion, the Court hereby ORDERS that all claims in this action be, and the same hereby are, DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.



DATED this **29** day of _**Sept**_, 2003.

By The Court:

_Tena Campbell_

Approved as to form and content:

R. Brent Stephens
Attorney for Defendants

# CLERK'S CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing **ORDER DISMISSING CLAIMS WITH PREJUDICE** was delivered to the following this _____ day of

_____, 2003, by:

[ ]    Hand Delivery

[ ]    Facsimile No.

[ ]    Depositing the same in the U.S. Mail, postage prepaid

[ ]    Federal Express

[ ]    Certified Mail, Receipt No. _____, return receipt requested

> R. Brent Stephens
> SNOW CHRISTENSEN & MARTINEAU
> 10 Exchange Place, Eleventh Floor
> P.O. Box 45000
> Salt Lake City, Utah 84145
> <u>Attorneys for Defendants</u>

> Paxton R. Guymon
> Miller Magleby & Guymon, P.C.
> 170 South Main Street, Suit 350
> Salt Lake City, Utah 84101
> <u>Attorney for Plaintiffs</u>

United States District Court
for the
District of Utah
September 30, 2003

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:  2:03-cv-00478

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

R. Brent Stephens, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
EMAIL

Mr. Blake D. Miller, Esq.
MILLER MAGLEBY & GUYMON PC
170 S MAIN ST STE 350
SALT LAKE CITY, UT  84101
EMAIL